# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**LAZARO ROBBIO,**

        **Plaintiff,**

**v.**                                          **CIVIL NO. 05-3399-SAC**

**RALPH L. DELOACH, ET. AL.,**

        **Defendants.**

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** this matter is dismissed for failure to state a claim for relief.

Entered on the docket 10/20/05

**Dated: October 20, 2005**            **RALPH L. DeLOACH, CLERK**

                                                      <u>**s/M Barnes**</u>
                                                      **Deputy Clerk**